**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Michael Brent Brown **V.** The State of Texas

Appellate case number:   01-15-00042-CR

Trial court case number: B-140443-R

Trial court:             163rd District Court of Orange County

Date motion filed:       December 23, 2015

Party filing motion:     Appellant

     It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/  Harvey Brown
                  ☐Acting Individually ☒  Acting for the Court


Panel consists of:   Chief Justice Radack, Justices Massengale, & Brown


Date:  January 21, 2016